
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 96-0652-CIV-FERGUSON



ELK INDUSTRIES, INC.,

    Plaintiff,

vs.

FINAL ORDER OF DISMISSAL

DIGITCOM COMMUNICATIONS CORPORATION,

    Defendant.
_____/

    **THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal.

    **THE COURT** has considered the Notice, and the pertinent portions of the record, and it is

    **ORDERED AND ADJUDGED** that this Cause is hereby DISMISSED without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). It is further

    **ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Final Order of Dismissal.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of December, 1996.

                             WILKIE D. FERGUSON, JR.
                             UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of Record